UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN RAY SHELEY,<br><br>  Plaintiff,<br><br>  v.<br><br>CAMPBELL, *et al.*,<br><br>  Defendants. | Case No. 1:26-cv-04300-FJS (PC)<br><br>ORDER GRANTING APPLICATION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*<br><br>(ECF No. 2) |

Plaintiff Christian Ray Sheley ("Plaintiff") is a former state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

Plaintiff initiated this action on June 4, 2026, together with a motion to proceed *in forma pauperis*. (ECF Nos. 1, 2.)

Examination of Plaintiff's application reveals that Plaintiff is unable to afford the costs of this action. Accordingly, the motion to proceed *in forma pauperis*, (ECF No. 2), is HEREBY GRANTED.

IT IS SO ORDERED.

Dated:   **June 8, 2026**

_____
UNITED STATES MAGISTRATE JUDGE